IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00259-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JUAN RAMON GANDARA-GARCIA,

        Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 13 - filed June 10, 2010) and Defendant's Unopposed Motion to Vacate Status Conference and Set for Change of Plea Hearing (Doc 14 - filed June 10, 2010), the status/scheduling hearing set **Tuesday, June 15, 2010 is VACATED**.

      This will further confirm that a change of plea hearing regarding Defendant Gandara-Garcia is set **Wednesday, July 21, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: June 11, 2010